COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Julie A. Roberts v. Nexus Health Systems, Inc., et al.

Appellate case number:   01-19-00175-CV

Trial court case number:  2016-84120

Trial court:                      334th District Court of Harris County

Appellant, Julie A. Roberts, has filed a "Joint Motion to Stay Appeal Pending Bankruptcy Court Review and Approval of Settlement." The motion requests that the appeal be "stayed," while the parties seek approval of their settlement from the Bankruptcy Court.

Roberts request for a stay is interpreted as a request to abate the appeal. As interpreted, the motion is **granted,** and the appeal is **abated.**

The appeal is removed from the Court's October 27, 2020 submission docket and oral argument is cancelled.

The appeal will be reinstated **60 days** from the date of this order on the Court's active docket for later submission on the merits. However, a party may file a motion to reinstate the appeal for dismissal or for submission on the merits before the expiration of 60 days.

It is so ORDERED.


Judge's signature:   /s/ Richard Hightower_____
                                 Acting individually


Date:  October 26, 2020